ACCEPTED
14-14-00617-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 7:01:12 PM
CHRISTOPHER PRINE
CLERK

# G. SCOTT WILLIAMS
### *Attorney at Law*

**1811 Bering Drive**
**Suite 120**
**Houston, Texas 77057**

July 2, 2015

**Telephone:** (713) 553-3054
**Facsimile:** (713) 626-4545
**e-mail:** gswms@hotmail.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 7:01:12 PM
CHRISTOPHER A. PRINE
Clerk

**VIA E-FILING**
Honorable 14th Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

RE:     No. 14-14-00617-CV; *Sands L. Stiefer, Chief Appraiser of the Harris County Appraisal District v. Edward Moers and Daniel Moers*; in the Court of Appeals for the Fourteenth District of Texas at Houston, Texas

To the Honorable 14th Court of Appeals:

I represent the Appellees in the above-referenced appeal pending before this honorable Court. Today, I was copied on a letter to the Court from Appellant's counsel regarding the First Court of Appeal's Opinion earlier this week in Cause No. 01-13-00549-CV. Appellees and their counsel respectfully contend that the First Court of Appeal's Opinion in that appeal is erroneous and fails to follow the applicable Texas law. For example, in at least one instance, the relevant Tax Code provision is only partially quoted in the Opinion despite the fact that the full quote clearly establishes that the trial court erred by awarding costs to one of the defendants.

I am submitting this letter so that this honorable Court is aware that Appellees shall be filing a Motion for Reconsideration and/or a Motion for En Banc Reconsideration. If this Court reviews the First Court of Appeal's Opinion, then it would be reasonable (and fair) to also review Appellees' motion(s) for reconsideration setting forth the reasons why Appellees believe that Opinion contains errors that should be reconsidered by that Court and the Opinion vacated or at least amended.

Respectfully submitted,

**G. SCOTT WILLIAMS**
Texas Bar No. 21536950
1811 Bering Drive, Suite 120
Houston, Texas 77057
Telephone: (713) 553-3054
Facsimile: (713) 626-4545
e-mail: gswms@hotmail.com
**ATTORNEY FOR APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically served (by the e-filing service provider) upon the following counsel on this 2nd day of July, 2015, in accordance with the Texas Rules of Civil and Appellate Procedure:

Eric C. Farrar
Olson & Olson, L.L.P.
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019

Gene Gundersen
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002

G. SCOTT WILLIAMS